

**AMENDED**

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

AO 10
Rev. 1/2007

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSEN, GERALD E | U.S. DISTRICT COURT | 08/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis... modification... with applica... |
|---|---|
| ROOM 730 Theodore Levin Cthse<br>231 W. LAFAYETTE<br>DETROIT, MICHIGAN 48226-2799 | Reviewing O... Date 8/15/07 |

**IMPORTANT NOTES:** *The instructions accompanying th... checking the NONE box for each part where you have no reportable i... Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Focus:HOPE, Detroit, Michigan |
| 2. Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. Board of Directors | Wayne County Mediation Tribunal, Deetroit, Michigan |
| 4. Advisory Board | Wayne State University Law School, Detroit, Michigan |
| 5. | |

DISCLOSURE OFFICE<br>FINANCIAL OFFICE<br>2007 AUG 20 A 11: 51<br>RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | The Rutter Group - Publication Agreement dated November 1995. Royalties to be shared by authors in an amount to be determined upon publication. |
| 2. 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |
| 3. 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 08/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/06-6/06 | Adjunct Professor at Wayne State Law School - compensation for teaching evidence | $ 7692.00 |
| 2. 02/06 | Royalties from Michigan Practice Guide - West Group | $ 66.38 |
| 3. 03/06 | Royalties from Federal Civil Trials and Evidence - West Group | $ 4,417.62 |
| 4. 9/26/06 | Royalties from Federal Civil Trials & Evidence | $ 12,339.89 |
| 5. 10/06 | Royalties from Federal Civil Procedure, California Edition | $ 5,000.00 |
| 6. 5/06-8/06 | Adjunct Professor at Cooley Law School - compensation for teaching evidence -summer session | $ 7,000.00 |
| 7. 9/06-12/06 | Adjunct Professor at Cooley Law School, compensation for teaching evidence - fall and winter session | $ 10,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | 1/9/06-1/11/06 - Transferee Judges Conference - West Palm Beach, Fla. | Transferee Judges Conference for Judges. Expenses reimbursed airfare, hotel, meals and transportation. |
| 2. | 2/16/-2/27-06 - William Mitchell College of Law | Attend and speak at Seminar at William Mitchell University in St. Paul/Minneapolis. |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSEN, GERALD E** | 08/15/2007 |

| | |
|---|---|
| | Expenses reimbursed, airfare, meals, parking. |
| 3. 2/23-2/24/06 - George Washington University Law School | Attend and Judge National Security Law Moot Court Competition. Expenses reimbursed airefare, car rental, meals, parking |
| 4. 3/16-3/17-06 - Pepperdine University Law School | Travel to Malibu, California to speak at Judicial Clerkship Institute. Expenses reimbursed, airfare, meals, parking, |
| 5. 05/03/06-05/05/06 - FJC | Travel to Arlinvton, VA to attend National Workshop for Judges. Expenses reimbursed airfare, meals, taxi, |
| 6. 5/23/-5/25/06 - Rutter Group Seminar, San Francisco, California | Travel to San Francisco to speak at Seminar. Expenses reimbursed meals, taxi, parking, airfare, mileage |
| 7. 5/25-5/27/06 - Rutter Group Seminar, Seattle, Washington | Travel to Seattle Washington to speak at Seminar. Expenses incurred meals, parking, taxi, airfare, mileage |
| 8. 6/14/2006 - Rutter Group Seminar - Detroit, Michigan | Spoke at Rutter Group Seminar - expenses reimbursed meals |
| 9. 6/14/2006 - Rutter Group Seminar - Cincinnati, Ohio | Travel to Cincinnati, Ohio to speak at Rutter Group Seminar. Expenses reimbursed airfare, mileage, parking and meals |
| 10. 08/13-18/06 - FREE | Travel to Bozeman, MT to attend Seminar Strategic Thinking. Expenses reimbursed were air fare. |
| 11. 10/11/06 - Investiture of Judge Ludington - Bay City | Travel to Bay City to attend investiture of Judge Ludington. Expenses reimbursed mileage |
| 12. 10/17-10/19/06 - MDL Conference | Travel to West Palm Beach, Fla to attend MDL Conference. Expenses reimbursed airfare, hotel, mileage, taxi, meals |
| 13. 10/12-10/13-06 - Southern Methodist University | Travel to Dallas, Texas to speak at SMU's 14th Annual Corporate Counsel Symposium. Expenses reimbursed include meals, airfare and parking |
| 14. 10/20/06 - George Washington University Law School | Travel to Washington, DC to give speech at George Washington University School of Law. Expenses reimbursed mileage, parking, meals |
| 15. | |
| 16. | |
| 17. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 08/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 08/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Comerica Bank - Detroit | A | Interest | J | T | | | | | |
| 2. Comerca Bank - Detroit | A | Interest | J | T | | | | | |
| 3. National City - Detroit | A | Interest | K | T | | | | | |
| 4. National City - Detroit | A | Interest | J | T | | | | | |
| 5. Transacanada | | None | K | T | | | | | |
| 6. Cytec Corp | D | None | J | T | | | | | |
| 7. UBSPW Cash Fund | A | Dividend | J | T | | | | | |
| 8. RS Emerging Growth | | None | | | Sell | 1/12 | J | A | |
| 9. Eldorado Gold | | None | J | T | Buy | 1/13 | J | | |
| 10. RS Emergin Growth | | None | | | Sell | 1/12 | J | B | |
| 11. Eldorado Gold | | None | J | T | Buy | 12/13 | J | | |
| 12. Fomento Economico | E | None | K | T | | | | | |
| 13. Rentech | | None | J | T | Buy | 1/12 | J | | |
| 14. Raytheon | A | Dividend | J | T | | | | | |
| 15. RMA Money Fund | A | Dividend | J | T | | | | | |
| 16. Bear Stearns S & P | | None | | | Sell | 1/12 | J | | |
| 17. MFS Value Fund | | None | | | Sell | 1/12 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 08/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Putman Int'l Growth | | None | | | Sell | 1/12 | K | D | |
| 19. Seligman Global Growth | | None | | | Sell | 1/12 | K | | |
| 20. UBSPW Ret Money Fund | | None | J | T | | | | | |
| 21. Activision Inc. | | None | K | T | | | | | |
| 22. Bear Stearns S&P | | None | | | Sell | 1/12 | J | A | |
| 23. RS Emerging Growth | | None | | | Sell | 1/13 | J | A | |
| 24. State Street LG Cap | | None | | T | Sell | 1/12 | J | | |
| 25. National Grid PLC | | None | J | T | | | | | |
| 26. UBSPW Ret Money FD | | None | J | T | | | | | |
| 27. Robert W. Baird & Co. Inc. JDR | | | | | | | | | |
| 28. Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 29. Intel Corp | | None | J | T | | | | | |
| 30. 529 Plan | | | | | | | | | |
| 31. Putnam 529 College Fund | | None | K | T | | | | | |
| 32. Trust No. 1 | | | | | | | | | |
| 33. -Haslett Mi Public Schools | B | Dividend | K | T | | | | | |
| 34. - Genessee City Mi Bldg. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 08/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - RMA Money Fund | A | Dividend | J | T | | | | | |
| 36. Advantage Energy | | None | J | T | Buy | 1/12 | J | | |
| 37. Groupe Danone | | None | K | T | | | | | |
| 38. - Agree Realty Corp. | | None | J | T | | | | | |
| 39. - Agrium Inc. | | None | K | T | | | | | |
| 40. -El Paso Electric Co. | | None | J | T | | | | | |
| 41. - MDU Resources Group | | None | J | T | | | | | |
| 42. Goldcorp (a/k/a Wheaton River Minerals) | | None | J | T | | | | | |
| 43. - Natural Resource Part | | None | J | T | | | | | |
| 44. Trust No 1 | | | | | | | | | |
| 45. Primewest Energy Trust | A | Dividend | J | T | | | | | |
| 46. Provident Energy Trust | B | Dividend | K | T | | | | | |
| 47. Sirius Satellite | | None | | | Sell | 1/12 | J | | |
| 48. GER - IRA | | | | | | | | | |
| 49. Kinross Gold | | None | J | T | Buy | 1/12 | J | | |
| 50. Nestle's | | None | J | T | Buy | 1/12 | J | | |
| 51. Rentech | | None | J | T | Buy | 1/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 08/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Rogers Communication | | None | J | T | Buy | 1/12 | J | | |
| 53. LDR -IRA | | | | | | | | | |
| 54. Coca Cola FEMSA | | None | J | T | Buy | 2/21 | J | | |
| 55. Diageo | | None | J | T | Buy | 1/13 | J | | |
| 56. Ensco Int'l | | None | J | T | Buy | 1/12 | J | | |
| 57. Forest Oil | | None | J | T | Buy | 1/12 | J | | |
| 58. Foundation Coal | | None | J | T | Buy | 1/12 | J | | |
| 59. Lockhead Martin | | None | J | T | Buy | 2/21 | J | | |
| 60. Mariner Energy | | None | J | T | Buy | 1/12 | J | | |
| 61. Norfolk Southern | | None | J | T | Buy | 1/12 | J | | |
| 62. Rentech | | None | J | T | Buy | 1/12 | J | | |
| 63. Satyamn Computer | | None | J | T | Buy | 1/13 | J | | |
| 64. Shoppers Drug Mart | | None | J | T | Buy | 1/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b) "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute outside earned income.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 08/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ROSEN, GERALD E | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>ROOM 730 Theodore Levin Cthse<br>231 W. LAFAYETTE<br>DETROIT, MICHIGAN 48226-2799 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Focus:HOPE, Detroit, Michigan |
| 2. Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. Board of Directors | Wayne County Mediation Tribunal, Deetroit, Michigan |
| 4. Advisory Board | Wayne State University Law School, Detroit, Michigan |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | The Rutter Group - Publication Agreement dated November 1995. Royalties to be shared by authors in an amount to be determined upon publication. |
| 2. 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |
| 3. 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |

RECEIVED 2007 MAY 21 A 11: 54 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 01/06-6/06 | Adjunct Professor at Wayne State Law School - compensation for teaching evidence | $ 7692.00 |
| 2. 02/06 | Royalties from Michigan Practice Guide - West Group | $ 66.38 |
| 3. 03/06 | Royalties from Federal Civil Trials and Evidence - West Group | $ 4,417.62 |
| 4. 9/26/06 | Royalties from Federal Civil Trials & Evidence | $ 12,339.89 |
| 5. 10/06 | Royalties from Federal Civil Procedure, California Edition | $ 5,000.00 |
| 6. 5/06-8/06 | Adjunct Professor at Cooley Law School - compensation for teaching evidence -summer session | $ 7,000.00 |
| 7. 9/06-12/06 | Adjunct Professor at Cooley Law School, compensation for teaching evidence - fall and winter session | $ 10,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. 1/9/06-1/11/06 - Transferee Judges Conference - West Palm Beach, Fla. | Transferee Judges Conference for Judges. Expenses reimbursed airfare, hotel, meals and transportation. |
| 2. 2/16/-2/27-06 - William Mitchell College of Law | Attend and speak at Seminar at William Mitchell University in St. Paul/Minneapolis. |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/14/2007 |

| | | |
|---|---|---|
| | | Expenses reimbursed, airfare, meals, parking. |
| 3. | 2/23-2/24/06 - George Washington University Law School | Attend and Judge National Security Law Moot Court Competition. Expenses reimbursed airefare, car rental, meals, parking |
| 4. | 3/16-3/17-06 - Pepperdine University Law School | Travel to Malibu, California to speak at Judicial Clerkship Institute. Expenses reimbursed, airfare, meals, parking, |
| 5. | 05/03/06-05/05/06 - FJC | Travel to Arlinvton, VA to attend National Workshop for Judges. Expenses reimbursed airfare, meals, taxi, |
| 6. | 5/23/-5/25/06 - Rutter Group Seminar, San Francisco, California | Travel to San Francisco to speak at Seminar. Expenses reimbursed meals, taxi, parking, airfare, mileage |
| 7. | 5/25-5/27/06 - Rutter Group Seminar, Seattle, Washington | Travel to Seattle Washington to speak at Seminar. Expenses incurred meals, parking, taxi, airfare, mileage |
| 8. | 6/14/2006 - Rutter Group Seminar - Detroit, Michigan | Spoke at Rutter Group Seminar - expenses reimbursed meals |
| 9. | 6/14/2006 - Rutter Group Seminar - Cincinnati, Ohio | Travel to Cincinnati, Ohio to speak at Rutter Group Seminar. Expenses reimbursed airfare, mileage, parking and meals |
| 10. | 08/13-18/06 - FREE | Travel to Bozeman, MT to attend Seminar Strategic Thinking. Expenses reimbursed were air fare. |
| 11. | 10/11/06 - Investiture of Judge Ludington - Bay City | Travel to Bay City to attend investiture of Judge Ludington. Expenses reimbursed mileage |
| 12. | 10/17-10/19/06 - MDL Conference | Travel to West Palm Beach, Fla to attend MDL Conference. Expenses reimbursed airfare, hotel, mileage, taxi, meals |
| 13. | 10/12-10/13-06 - Southern Methodist University | Travel to Dallas, Texas to speak at SMU's 14th Annual Corporate Counsel Symposium. Expenses reimbursed include meals, airfare and parking |
| 14. | 10/20/06 - George Washington University Law School | Travel to Washington, DC to give speech at George Washington University School of Law. Expenses reimbursed mileage, parking, meals |
| 15. | | |
| 16. | | |
| 17. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Comerica Bank - Detroit ■ | A | Interest | | T | | | | | |
| 2. Comerca Bank - Detroit ■ | A | Interest | | T | | | | | |
| 3. National City - Detroit ■ | A | Interest | | | | | | | |
| 4. National City - Detroit ■ | A | Interest | | | | | | | |
| 5. Transacanada | | None | K | T | | | | | |
| 6. Cytec Corp | D | None | J | T | | | | | |
| 7. UBSPW Cash Fund | A | Dividend | J | T | | | | | |
| 8. RS Emerging Growth | | None | | | Sell | 1/12 | J | A | |
| 9. Eldorado Gold | | | | | Buy | 1/13 | J | | |
| 10. RS Emergin Growth | | None | | | Sell | 1/12 | J | B | |
| 11. Eldorado Gold | | | | | Buy | 12/13 | J | | |
| 12. Fomento Economico | E | None | K | T | | | | | |
| 13. Rentech | | | | | Buy | 1/12 | J | | |
| 14. Raytheon | A | Dividend | J | T | | | | | |
| 15. RMA Money Fund | A | Dividend | J | T | | | | | |
| 16. Bear Stearns S & P | | None | | | Sell | 1/12 | J | | |
| 17. MFS Value Fund | | None | | | Sell | 1/12 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Putman Int'l Growth | | None | | | Sell | 1/12 | K | D | |
| 19. Seligman Global Growth | | None | | | Sell | 1/12 | K | | |
| 20. UBSPW Ret Money Fund | | None | J | T | | | | | |
| 21. Activision Inc. | | None | K | T | | | | | |
| 22. Bear Stearns S&P | | None | | | Sell | 1/12 | J | A | |
| 23. RS Emerging Growth | | None | | | Sell | 1/13 | J | A | |
| 24. State Street LG Cap | | None | | T | Sell | 1/12 | J | | |
| 25. National Grid PLC | B | None | J | T | | | | | |
| 26. UBSPW Ret Money FD | | None | J | T | | | | | |
| 27. Robert W. Baird & Co. Inc. JDR | | | | | | | | | |
| 28. Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 29. Intel Corp | A | None | J | T | | | | | |
| 30. 529 Plan | | | | | | | | | |
| 31. Putnam 529 College Fund | | None | K | T | | | | | |
| 32. Trust No. 1 | | | | | | | | | |
| 33. -Haslett Mi Public Schools | B | Dividend | K | T | | | | | |
| 34. - Genessee City Mi Bldg. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - RMA Money Fund | A | Dividend | J | T | | | | | |
| 36. Advantage Energy | | | | | Buy | 1/12 | J | | |
| 37. Groupe Danone | | None | K | T | | | | | |
| 38. - Agree Realty Corp. | | None | J | T | | | | | |
| 39. - Agrium Inc. | | None | K | T | | | | | |
| 40. -El Paso Electric Co. | | None | J | T | | | | | |
| 41. - MDU Resources Group | | None | J | T | | | | | |
| 42. Goldcorp (a/k/a Wheaton River Minerals) | | None | J | T | | | | | |
| 43. - Natural Resource Part | | None | J | T | | | | | |
| 44. Trust No 1 | | | | | | | | | |
| 45. Primewest Energy Trust | A | Dividend | J | T | | | | | |
| 46. Provident Energy Trust | B | Dividend | K | T | | | | | |
| 47. Sirius Satellite | | None | | | Sell | 1/12 | J | | |
| 48. GER - IRA | | | | | | | | | |
| 49. Kinross Gold | | | J | | Buy | 1/12 | J | | |
| 50. Nestle's | | | J | | Buy | 1/12 | J | | |
| 51. Rentech | | | | | Buy | 1/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Rogers Communication | | | J | | Buy | 1/12 | J | | |
| 53. LDR -IRA | | | | | | | | | |
| 54. Coca Cola FEMSA | | | J | | Buy | 2/21 | J | | |
| 55. Diageo | | | J | | Buy | 1/13 | J | | |
| 56. Ensco Int'l | | | | | Buy | 1/12 | J | | |
| 57. Forest Oil | | | | | Buy | 1/12 | J | | |
| 58. Foundation Coal | | | | | Buy | 1/12 | J | | |
| 59. Lockhead Martin | | | J | | Buy | 2/21 | J | | |
| 60. Mariner Energy | | | | | Buy | 1/12 | J | | |
| 61. Norfolk Southern | | | J | | Buy | 1/12 | J | | |
| 62. Rentech | | | | | Buy | 1/12 | J | | |
| 63. Satyamn Computer | | | J | | Buy | 1/13 | J | | |
| 64. Shoppers Drug Mart | | | J | | Buy | 1/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b) "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute outside earned income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Date  14 May '07

NOTE: A▮ ▮▮▮▮ WHO KNOW▮▮▮▮ ▮▮D WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIM▮ ▮▮▮ONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544